## (April 27, 1944.)

In the Matter of MAURICE TISHMAN, Respondent-Appellant, against J. RUSSEL SPRAGUE, as Chairman of the Board of Supervisors of Nassau County, et al., Respondents-Appellants. In the Matter of ASA A. TRENCHARD, Respondent, against J. RUSSEL SPRAGUE, as County Executive of Nassau County, et al., Respondents-Appellants. In the Matter of FRANK G. VAN DER VEER, Respondent-Appellant. J. RUSSEL SPRAGUE, as County Executive and Chairman of the Board of Supervisors of Nassau County, et al., Respondents-Appellants.— On argument, order reversed on the law, without costs, the ordinance declared invalid, and the matter remitted to the Board of Supervisors to erect Assembly districts in conformity with the pertinent constitutional provisions. The Constitution does not permit the division of a town in erecting Assembly districts, or the election of Assemblymen at large. Leave to appeal to the Court of Appeals is granted. Close, P. J., Hagarty, Carswell, Adel and Aldrich, JJ., concur. [See *post*, p. 988.]

## FIRST DEPARTMENT, MAY, 1944.

### (May 5, 1944.)

CITY BANK FARMERS TRUST COMPANY et al., as Trustees under an Indenture of Trust Made by MAX KOPS for the Benefit of JESSIE G. KOPS and Others, Appellants, *v.* JESSIE G. KOPS et al., Defendants.
ABRAHAM J. HALPRIN, as Guardian ad Litem for EDWIN K. WISBRUN and Another, Infant Defendants, Respondent.

Orders affirmed, each with ten dollars costs and disbursements. No opinion. Townley, Glennon, Untermyer and Dore, JJ., concur; Martin, P. J., dissents in opinion.

MARTIN, P. J. (dissenting). Objections to an account should plainly and concisely indicate the transactions complained of so that the accountant may be informed of the charges he is required to meet. The objections here do not meet that test. Until the issues are defined, the estate should not be burdened with the expense of a reference which in effect is a roving investigation.

The orders appealed from should be reversed, with leave to respondent to file amended objections.